

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kelon Dewon Davis, Appellant

No. 06-16-00165-CR          v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 14-0392x).    Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant, Kelon Dewon Davis, pay all costs of this appeal.

RENDERED MAY 2, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk